Order issued February 7, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00886-CV

IN RE PHILLIPPE PADIEU, Relator

Original Proceeding from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-82279-07

# ORDER

Before Justices Francis, Myers, and Evans

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

DAVID EVANS
JUSTICE